UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 23-MJ-8093-PGL

UNITED STATES OF AMERICA

v.

FIROZ PATEL

**ORDER OF REMOVAL**

LEVENSON, U.S.M.J.

The above-named individual was arrested in the District of Massachusetts upon an arrest warrant issued by the United States District Court for the District of Columbia. The warrant, dated April 25, 2023, arises from a complaint alleging money laundering in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and engaging in monetary transactions derived from specified unlawful activity in violation of 18 U.S.C. § 1957(a).

Defendant appeared before this Court on April 27, 2023, for an initial appearance, provisionally represented by appointed counsel. Defendant waived an identity hearing and I find that he is the person named in the arrest warrant. Defendant was informed of the procedures of Rule 20 of the Federal Rules of Criminal Procedure.

At the initial appearance, Defendant waived his right to an identity hearing, detention hearing and preliminary hearing in this District and reserved his right to such hearings in the District of Columbia. Defendant has waived further hearings in this District and has consented to removal for future hearings in the District of Columbia. The Court finds that the waiver is knowing and voluntary.

ACCORDINGLY, the Court orders that Defendant be remanded to the custody of the United States Marshal for transfer to the District of Columbia forthwith.

IT IS ORDERED: The United States Marshal shall transport Defendant, together with a copy of this order, to the District of Columbia and shall deliver Defendant to the United States Marshal for that district, or to another officer authorized to receive Defendant. The Marshal or other officer in that district shall promptly notify the United States Attorney and the Clerk of Court for that district of Defendant's arrival so that further proceedings may be promptly scheduled.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, District of Columbia.

April 27, 2023

                                       /s/ Paul G. Levenson
                                       PAUL G. LEVENSON
                                       United States Magistrate Judge